**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Devereux, Dawn Marie** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Dawn M Goetschel**<br>**Dawn Lombardo** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0142** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1328 Creighton Avenue**<br>**Naperville, IL**<br>ZIPCODE **60565** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Devereux, Dawn Marie** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ John P. Houlihan*  4/30/09<br>Signature of Attorney for Debtor(s)  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Devereux, Dawn Marie** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Dawn Marie Devereux***
Signature of Debtor                    **Dawn Marie Devereux**

X _____
Signature of Joint Debtor
**(630) 707-9559**
Telephone Number (If not represented by attorney)
**April 30, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X ***/s/ John P. Houlihan***
Signature of Attorney for Debtor(s)

**John P. Houlihan
Beck, Houlihan, Scott P.C.
534 W. Roosevelt Rd
Wheaton, IL 60187
(630) 933-9220 Fax: (630) 933-0220
jhoulihan@bhsatlaw.com**

**April 30, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
# Northern District of Illinois

IN RE:     Case No. _____

**Devereux, Dawn Marie**     Chapter **7**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Dawn Marie Devereux*** _____

Date: **April 30, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 02114-ILN-CC-006342054

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 03/04/09, at 07:41 o'clock PM EST, DAWN M DEVEREUX received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan was not prepared.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted __ by Internet .

Date: 03-08-2009                         By      /s/EUGENE DEBOISE

                                         Name    EUGENE DEBOISE

                                         Title   Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

1

| | | |
|---|---|---|
| **Devereux, Dawn Marie**<br>1328 Creighton Avenue<br>Naperville, IL  60565 | **Central Portfolio Control**<br>6640 Shady Oak Road, #300<br>Eden Prairie, MN  55344-7710 | **DuPage Medical**<br>1869 Paysphere Circle<br>Chicago, IL  60674 |
| **Beck, Houlihan, Scott P.C.**<br>534 W. Roosevelt Rd<br>Wheaton, IL  60187 | **Christine Michaels, D.D.S., M.D.S.**<br>2500 Highland Avenue, Suite 100<br>Lombard, IL  60148 | **DuPage Medical**<br>1869 Paysphere Circle<br>Chicago, IL  60675 |
| **Academic Endocrine**<br>120 Spalding Drive, Suite 401<br>Naperville, IL  60540 | **City Of Naperville**<br>P.O. Box 1368<br>Elmhurst, IL  60126 | **DuPage Medical**<br>C/O Revenue Prod Management, Inc.<br>P.O. Box 673775<br>Detroit, MI  48267-3775 |
| **Alliance One**<br>P.O. Box 510267<br>Livonia, MI  48151-6251 | **City of Naperville**<br>P.O. Box 88850<br>Carol Stream, IL  60188 | **DuPage Medical**<br>1869 Paysphere Circle<br>Chicago, IL  60676 |
| **Ann Taylor**<br>P.O. Box 182273<br>Columbus, OH  43218 | **City of Naperville**<br>P.O. Box 988<br>Harrisburg, PA  17108 | **DuPage Medical**<br>1869 Paysphere Circle<br>Chicago, IL  60677 |
| **Assc. For Women's Health**<br>C/O Transworld Systems<br>25 Northwest Point Blvd., #750<br>Elk Grove Village, IL  60007 | **Client Services, Inc.**<br>3451 Harry Truman Blvd.<br>St. Charles, MO  63301-4747 | **DuPage Medical**<br>C/O Revenue Production Mgmt., Inc.<br>P.O. Box 536<br>Linden, MI  48451-0536 |
| **Best Buy**<br>C/O Central Portfolio Control<br>6640 Shady Oak Road, #300<br>Eden Prairie, MN  55344-7710 | **Credit Recovery, Inc.**<br>P.O. Box 916<br>Ottawa, IL  61350 | **DuPage Medical**<br>Revenue Production, Dept. 77308<br>P.O. Box 77000<br>Detroit, MI  48277 |
| **Capital One**<br>P.O. Box 5294<br>Carol Stream, IL  60197 | **Diamond & Headache Clinic**<br>467 W. Deming Pl., Suite 500<br>Chicago, IL  60614 | **DuPage Medical**<br>1860 Payshere Circle<br>Chicago, IL  60674 |
| **Center For Family Change**<br>Jennifer A. Kepler, LCSW CADC<br>2907 Butterfield Road, Suite 240<br>Oak Brook, IL  60523 | **Dr. Rapmano, D.D.S.P.C.**<br>C/O Dr. Antionino Romano<br>1505 W. Schaumburg Road<br>Schaumburg, IL  60194 | **DuPage Medical**<br>Revenue Production<br>P.O. Box  536<br>Linden, MI  48451-0536 |
| **Central DuPage Hospital**<br>C/O Pellettieri & Associates<br>991 Oak Creek Drive<br>Lombard, IL  60148 | **Dr. Romano, DDS**<br>Artistic Solutions<br>P.O. Box 877<br>Streamwood, IL  60107 | **DuPage Medical**<br>1869 Payshere Circle<br>Chicago, IL  60676 |

| | | |
|---|---|---|
| **Edward Adult Hospital**<br>3741 Eagle Way<br>Chicago, IL  60678 | **Edward Hospital**<br>801 S. Washington<br>Naperville, IL  60540 | **Kohls**<br>C/O Omni Credit Service Of Florida, Inc.<br>333 Bishops Way, Suite 100<br>Brookfield, WI  53005-6209 |
| **Edward Hospital**<br>C/O OSI Collection Services, Inc.<br>P.O. Box 959<br>Brookfield, WI  53009 | **Edward Hospital**<br>P.O. Box 4207<br>Carol Stream, IL  60197 | **Laboratory & Pathology Diagnostics**<br>Laboratory And Pathology Dept. 4387<br>Carol Stream, IL  60122-4687 |
| **Edward Hospital**<br>C/O Merchants Credit Guide<br>223 W. Jackson Blvd.<br>Chicago, IL  60606 | **Edward Hospital**<br>C/O Merchants Credit Collections<br>223 W. Jackson Blvd.<br>Chicago, IL  60606 | **Laboratory & Pathology Diagnostics**<br>Dept. 4387<br>Carol Stream, IL  60122 |
| **Edward Hospital**<br>801 S. Washington Street<br>Naperville, IL  60540 | **GAP**<br>P.O. Box 530942<br>Atlanta, GA  30353-0942 | **Laboratory Corporation Of America**<br>C/O American Medical Collection Agency<br>2669 S. Saw Mill River Road, Bldg. 3<br>Elmsford, NY  10523 |
| **Edward Hospital**<br>801 S. Washington St.<br>Naperville, IL  60540 | **GE Capital**<br>C/O National Action Financial Services<br>165 Lawrene Bell Dr., Suite 100<br>Williamsville, NY  14231-9027 | **Linden Oaks Edward Hospital**<br>801 S. Washington<br>Naperville, IL  60540 |
| **Edward Hospital**<br>C/O Revenue Production Mgmt., Inc.<br>P.O. Box 77000, Dept. 77308<br>Detroit, MI  48277-0308 | **Home Depot**<br>C/O CBE Group Citicorp Card Services<br>P.O. Box 2695<br>Waterloo, IA  50704-2695 | **Linden Oaks Medical Group**<br>C/O OSI Collection Services<br>P.O. Box 959<br>Brookfield, WI  53008-0960 |
| **Edward Hospital**<br>C/O OSI Collection Services, Inc.<br>P.O. Box 959<br>Brookfield, WI  53008-0959 | **Household Bank**<br>HSBC Card Services<br>P.O. Box 80084<br>Salinas, CA  93912-0084 | **Linden Oaks Medical Group**<br>C/O Revenue Production Mgmt., Inc.<br>P.O. Box 830913<br>Birmingham, AL  35283-0913 |
| **Edward Hospital**<br>C/O Merchants Credit Collection<br>225 W. Jackson Blvd.<br>Chicago, IL  60607 | **HSBC Bank Nevada**<br>C/O Firstsource Advantage, LLC<br>P.O. Box 628<br>Buffalo, NY  14240-0628 | **Linden Oaks Medical Group**<br>Linden Oaks Hospital<br>Dept. 4070<br>Carol Stream, IL  60122 |
| **Edward Hospital**<br>801 S. Washington St.<br>Naperville, IL  60540 | **HSBC Platinum Mastercard**<br>HSBC Card Services<br>P.O. Box 81622<br>Salinas, CA  93912-1622 | **Linden Oaks Medical Group**<br>3471Eagle Way<br>Chicago, IL  60678 |
| **Edward Hospital**<br>P.O. Box 4207<br>Carol Stream, IL  60197-4207 | **Kirkland's**<br>P.O. Box 960003<br>Orlando, FL  32896-0003 | **Lowes**<br>GE Money<br>P.O. Box 981064<br>El Paso, TX  79998-1064 |

**Naperville Endodontic PC**
**C/O Certified Services, Inc.**
**P.O. Box 177**
**Waukegan, IL  60079-0177**

**The Center For Surgery**
**475 E. Diehl Road**
**Naperville, IL  60563**

**Naperville Radiologists**
**6010 S. Madison St.**
**Willowbrook, IL  60527**

**US Bank**
**Market Meadows Office**
**1230 S. Naper Blvd.**
**Naperville, IL  60540**

**Northwestern Memorial Hospital**
**P.O. Box 73690**
**Chicago, IL  60673**

**Victoria's Secret Angel**
**C/O CAC Financial Corp.**
**2601 NW Expressway Suite 1000**
**East Oklahoma City, OK  73112-7236**

**Salt Creek Therapy**
**Certified Services**
**P.O. Box 177**
**Waukegan, IL  60079**

**Wachovia Mortgage**
**P.O. Box 105693**
**Atlanta, GA  30348-5693**

**Seema Gupta, MD**
**1220 Hobson Road, Suite 232**
**Naperville, IL  60540**

**Wells Fargo**
**C/O FMA Alliance, Ltd.**
**11811 N. Freeway, Suite 900**
**Houston, TX  77060**

**SKO Brenner American, Inc.**
**40 Daniel Street, P.O. Box 230**
**Farmingdale, NY  11735-0230**

**Wells Fargo Financial Bank**
**C/O Creditors Financial Group, LLC**
**P.O. Box 440290**
**Aurora, CO  80044-0290**

**Sobel Medical Associates, Ltd.**
**P.O. Box 809348**
**Chicago, IL  60680-9348**

**Willows Of Fox Valley**
**C/O Lang Property Management**
**193 N. Gregory St.**
**Aurora, IL  60504**

**Suburban Plastic Surgery Associates**
**1585 N. Barrington Road, #601**
**Hoffman Estates, IL  60169**

**Zales**
**C/O CBE Group Citicorp Credit Services**
**P.O. Box 2695**
**Waterloo, IA  50704-2695**

**Superior Air Ground**
**P.O. Box 1407**
**Elmhurst, IL  60126**

**Superior Air Ground Medical Recovery**
**2250 E. Devon Avenue, Suite 352**
**DesPlaines, IL  60018**